**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Saint Augustine's University** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **56-0547478** |

**4.**  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1315 Oakwood Avenue**<br>**Raleigh, NC 27610**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wake**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.st-aug.edu** |

**6.**  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Saint Augustine's University**
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **Saint Augustine's University**
    Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

          Contact name  _____

          Phone  _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  __Saint Augustine's University__                                   Case number (*if known*) _____
           Name

| Request for Relief, Declaration, and Signatures |
| --- |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 27, 2026__
                    MM / DD / YYYY

**X** **/s/ Joseph Lynn**                                                **Joseph Lynn**
Signature of authorized representative of debtor                          Printed name

Title    **Secretary, Board of Directors**

---

**18. Signature of attorney**

**X** **/s/ Ciara L. Rogers**                                   Date  **April 27, 2026**
Signature of attorney for debtor                                       MM / DD / YYYY

**Ciara L. Rogers 42571**
Printed name

**Waldrep Wall Babcock & Bailey PLLC**
Firm name

**3600 Glenwood Avenue**
**Suite 210**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **984-480-2005**          Email address  **notice@waldrepwall.com**

**42571 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Saint Augustine's University**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allied Universal Security Services 5400 Glenwood Avenue Suite 218 Raleigh, NC 27612** | | | **Disputed** | | | **$72,469.00** |
| **American Trust Company 2525 Harrodsburg Road Suite 210 Lexington, KY 40504** | | | **Disputed** | | | **$3,295,434.00** |
| **AT&T Mobility LLC P.O. Box 6463 Carol Stream, IL 60197** | | | **Disputed** | | | **$53,689.86** |
| **Cohesion Environment Services 5216 Yates Mill Pond Road Raleigh, NC 27606** | | | **Disputed** | | | **$51,589.00** |
| **CSC Serviceworks P.O. Box 718698 Philadelphia, PA 19171** | | | **Disputed** | | | **$63,900.00** |
| **Ellucian Company LP 2003 Edmund Halley Drive Reston, VA 20191** | | | **Disputed** | | | **$1,879,532.00** |
| **Equitable Financial P.O. Box 13463 Newark, NJ 07188** | | | **Disputed** | | | **$138,008.44** |

Debtor   **Saint Augustine's University**                                   Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service Centralized Insolvency Operation P. O. Box 7346 Philadelphia, PA 19101** | | | **Disputed** | | | **$14,444,260.57** |
| **Jaimon Perry 37 N. Orange Avenue Suite 500 Orlando, FL 32801** | | | **Disputed** | | | **$90,000.00** |
| **Jani-King of Raleigh-Durham 801 Jones Franklin Road Raleigh, NC 27606** | | | **Disputed** | | | **$150,600.00** |
| **LightBox Parent LP 6 Armstrong Road 4th Floor Shelton, CT 06484** | | | **Disputed** | | | **$53,129.00** |
| **Mutual of Omaha Ins. Co 3300 Mutual of Omaha Plaza Omaha, NE 68175** | | | **Disputed** | | | **$146,731.00** |
| **North Carolina Dept of Revenue Attention: Bankruptcy Unit Raleigh, NC 27602-1168** | | | **Disputed** | | | **$1,650,545.60** |
| **Schindler Elevator Corporation P.O. Box 93050 Chicago, IL 60673** | | | **Disputed** | | | **$81,117.66** |
| **TIAA CREF P.O. Box 933326 Atlanta, GA 31193** | | | **Disputed** | | | **$367,500.00** |
| **U.S. Department of Commerce 1401 Constitution Avenue NW Washington, DC 20230** | | | **Disputed** | | | **$2,135,317.92** |
| **U.S. Department of the Interior 1849 C Street NW Washington, DC 20240** | | | **Disputed** | | | **$1,530,000.00** |

Official form 204                     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                     page 2

Debtor   **Saint Augustine's University**                                    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Department of Education Lyndon B. Johnson, Dept. of Ed. 400 Maryland Ave SW Washington, DC 20202** | | | **Disputed** | | | **$1,883,083.00** |
| **US Department of Interior 1849 C. Street, NW Washington, DC 20240** | | | **Disputed** | | | **$1,771,000.00** |
| **US National Science Foundation 401 Dulany Street Alexandria, VA 22314** | | | **Disputed** | | | **$897,000.00** |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Saint Augustine's University**                                          Case No.  _____
                                        Debtor(s)              Chapter    **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary, Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors

is true and correct to the best of my knowledge.

Date:    **April 27, 2026**                    **/s/ Joseph Lynn**
                                    **Joseph Lynn**/**Secretary, Board of Directors**
                                    Signer/Title

Aaliyah Brewton
101 Cedar Ridge Trail
Elm City, NC 27822

Aaron Humes
1315 Oakwood Avenue
Raleigh, NC 27610

Abhinav Agarwal
504 Napa Valley Ln
Lawrenceville, GA 30045-7838

Abijah Jepkemboi
3904 Forest Hill Avenue, Apt 1B
Richmond, VA 23225

Adam Aiken
2621 Peachleaf Street
Raleigh, NC 27614-7963

Adriana Brathwaite
107 Mountain Rd
Windsor, CT 06095-2604

Akilah Driver
4476 Middletown Dr
Wake Forest, NC 27587

Akilah Williams
2047 Sagramore Ln
Waldorf, MD 20601-3784

Aladdin Food Management Service
16567 Collections Center Drive
Chicago, IL 60693

Alazae Hester-Taylor
101 Leaf Lake Blvd.
Apt. 1113
Birmingham, AL 35211-7258

Alexis Winstead
2525 Trout Stream Dr.
Raleigh, NC 27604

Ali Dacosta-Paul
Baltimore, MD 21217

Alicia Sims
6305 Flowerfield Lane #301
Raleigh, NC 27606

Allied Universal Security Services
5400 Glenwood Avenue
Suite 218
Raleigh, NC 27612

Alliyah Chaplin
2825 Mount Vernon Spring Road
Siler City, NC 27433

Alysa Berry
1458 Flintwood Drive
Rock Hill, SC 29732

Alyvia Eide
45036 State Highway 43
Rushford, MN 55971-5222

Amaya Lindsey
1620 Ballymena Drive
Reidsville, NC 27320

American Trust Company
2525 Harrodsburg Road
Suite 210
Lexington, KY 40504

Amoria Barber
220 Stone Post Road
Charlotte, NC 28217

Ana Nunez
1315 Oakwood Ave
Raleigh, NC 27610

Andre Phelphs
5823 Shady Grove Cir
Raleigh, NC 27610-6686

Andre Whitaker-Myart
1127 Briar Rose Ln
Durham, NC 27704-6247

Angelo Ortiz-Oliva
147 Circle Drive
Wallace, NC 28466

Anisa Medlock
1002 Tower St
Raleigh, NC 27607-6952

Aniya Kirby
374 Wrenwood Dr
Clayton, NC 27527-3390

Anoira Denham
36 Sharpstone Lane
Durham, NC 27703

Anthony Barrett
3610 Ridgemont Rd
Orlando, FL 32808-2339

Anthony Jemerson
627 Castlepointe Dr
Fuquay Varina, NC 27526

Apogee Telcom Inc.  (Boldyn)
P.O. Box 735905
Dallas, TX 75373

Appleone
1999 W. 190th Street
Torrance, CA 90504

Ariana White
839 Carpenters Circle
Salisbury, NC 28144

Ashanie Paylor
4917 C St SE
Washington, DC 20019-6227

Ashauna McClendon
12421 Willingdon Road
Huntersville, NC 28078-5648

Ashley Moore
1421 Sawyer Road
Raleigh, NC 27610

AT&T Mobility LLC
P.O. Box 6463
Carol Stream, IL 60197

Auhyanna Woolard
5130 Opus St
Raleigh, NC 27616

Austin Ralph
214 St Michael Dr
Gibsonville, NC 27249-2787

Avaria, Inc.
1631 Midtown Place
Raleigh, NC 27609

Avelino Law LLP
25A Vreeland Road
Suite 306
Florham Park, NJ 07932

Avie Lester
87 Manor Stone Dr
Clayton, NC 27527-8628

Banks Finley and White
617 37th Street S.
Birmingham, AL 35222

Banks Finley, White & Co.
617 37th Street S.
Birmingham, AL 35222

Barley & Dixon LLP
Attn: Cody R. Loughride
PO Box 1351
Raleigh, NC 27602

Benatia Layne
11046 Harrowfield Rd
Charlotte, NC 28226

Benesch Friedlander Coplan & Aronof
71 South Wacker Drive
Suite 1600
Chicago, IL 60606

Benjamin Sherman
4 Sebastian Way, Blue Hills
Nassau

Biyan Layo
PO Box 1183
Spring Hope, NC 27882

Blackboard Inc.
P.O. Box 200154
Pittsburgh, PA 15251

Breanna Dorway
77 Dobson Street
Orlando, FL 32805

Breauna Key
1109 Summer Wind Drive
Jonesboro, GA 30236

Brice Wallace
516 Farmington Cir
Evans, GA 30809-6080

Brisasha Rowland
401 N. Daisy Ave.
Richmond, VA 23075

Brittany Bass
3310 Bell Dr
Raleigh, NC 27610

Bronte Weatherford
109 Coventry Ln
Cary, NC 27511-6636

Bryan Brewington
65 Lakewood View
Sanford, NC 27332-6276

Caleb Gilmore
310 Adams Point Dr
Garner, NC 27529-6504

Cameron Long
11936 Rolling River Blvd
Jacksonville, FL 32219-5160

Cameron Moore
281 Woodbridge Dr
Mount Airy, NC 27030-7549

Cameron Wilkins-Johnson
950 Maine Ave SW
Washington, DC 20024-3447

Carolina Furnishings + Design LLC
315 Grant Street
West End, NC 27376

Cengage Learning Inc.
P.O. Box 936743
Atlanta, GA 31193

CFGI Holdings LLC
1 Lincoln Street
Suite 1301
Boston, MA 02111

Charles Mercer
8820 Stantonsburg Rd.
Walstonburg, NC 27828

Charteani Turner
1105 Mayfield Terrace
Charlotte, NC 28216

Chase Gray
7465 Setting Sun Way
Columbia, MD 21046-1277

Chase Kiefer
507 Walkens Woods Ln
Jacksonville, NC 28546-8029

Chastity Chavis
3512 Chewning Rd
Oxford, NC 27565

Chidinma Emeruwa
25, Ichie Ayinkwa Street
Lagos, Nigeria

Chris Williams PR
513 Sprice Hollow Drive
Fuquay Varina, NC 27526

Christian Jamison
214 Hawkins Street
Franklinton, NC 27525-1725

Christionna Faison
404 College Ave
Panama City, FL 32401-4708

Christon Bryant
1510 Richmond Ave
Portsmouth, VA 23704-4438

Christopher Coneway
304 Brighton Ct
Stockbridge, GA 30281-7131

Christopher Ingram
230 Park Ave
Freeport, NY 11520

Christopher Jonas
2354 NW 162nd St
Newberry, FL 32669-3774

Christopher Volo
4 Barnes Road
Moriches, NY 11955

Church Mutual Insurance Company
P.O. Box 2912
Milwaukee, WI 53200

Chyna Marbury
3412 Curtis Drive Apt 507
Suitland, MD 20746

City of Raleigh Public Utilities
1 Exchange Plaza, #620
Raleigh, NC 27601

Clarence Brown
102 Balsamwood Court
Cary, NC 27513

Cobra (WageWorks)
P.O. Box 224547
Dallas, TX 75222

Cohesion Environment Services
5216 Yates Mill Pond Road
Raleigh, NC 27606

Collegiate Advocacy Group LLC
Angela N. Mauldin, Registered Agent
6409 Providence Farm Lane #7217
Charlotte, NC 28277-7248

Collin Smith
13400 Golden Gate Dr W
Carmel, IN 46074

Conserve
200 Crosskeys Office Park
Fairport, NY 14450

Constangy Brooks LLP
230 Peachtree Street
Suite 2400
Atlanta, GA 30303

Corey Williams
1027 N Central Ave
Baltimore, MD 21202-5503

Cort Furniture
14850 Conference Center Drive
Suite 110
Chantilly, VA 20151

Courtney Brown
20031 Stratford Rd
Detroit, MI 48221-3503

Cross Media d/b/a Lightcast.com
10316 Metromont Parkway
Charlotte, NC 28269

CSC Serviceworks
P.O. Box 718698
Philadelphia, PA 19171

D'Ontre Gilliard
13 Caswell Lane
Holly Hill, SC 29059

Da'jha Williams
159 Franklin St
Trenton, NJ 08611-3649

Dachye Stubbs
1315 Oakwood Avenue
Raleigh, NC 27610

Daishya Campbell
512 E. Benton St
Benson, NC 27504

Damian Gonzalez
5182 Alex Way
Pell City, AL 35125

Damien Barnes
8020 NC Hwy 11
Bethel, NC 27812

Damion Privette
4224 Valtek Ct.
Suwanee, GA 30024

Danaika Philistin
PO Box 258
Dudley, NC 28333

Danielle Rainey
723 Ingram St.
Florence, SC 29501

Daron Durant Satterfield
307 Meadowlands Drive
Suite 101
Hillsborough, NC 27278

Darryl McCaster
104 Brewer Blvd Apt 5
Warsaw, NC 28398-9596

Dawayna Pratt
East Street South
Nassau

Daynicha Celisca
2023 S 3rd Street
Fort Pierce, FL 34950-5402

Dea'kwon James
407 Bell St
Elizabeth City, NC 27909-3514

Deandrick Harris
1237 Swingline Way
Raleigh, NC 27610-3272

Deante Ford
3417 Pear Tree Ct NW
Wilson, NC 27896

Debra Medina
P.O. Box 80293
Raleigh, NC 27623

Delicia Bost
1018 Valley Ridge Road
Charlotte, NC 28214

Demetris George
7901 Turner Forest Place
Henrico, VA 23231

Denesha Outten
Mermaid Blvd West
Nassau

Dennis Jones
PO Box 435
Garysburg, NC 27831

Derrion Caldwell
617 Ferrell Ave
Charlotte, NC 28216

Devon Dove
10821 Beech Valley Court
Apt. 201
Raleigh, NC 27617

Devonte Jones
2818 Vanstory Street, #2G
Greensboro, NC 27407

Dexter Berry
3317 Atlas Dr
Charlotte, NC 28269-4195

Dhashon Dyson
1138 E Marquette Rd Apt 3D
Chicago, IL 60637-5439

Diamond Lockett-Baker
3939 Wake Forest Road
Raleigh, NC 27609

Dianne Williams
228 Calla Lilly Ln
Kernersville, NC 27284

Dominic Dawkins
7517 Shillinglaw Circle
Fayetteville, NC 28314

Donovan Brewington
65 Lakewood View
Sanford, NC 27332-6276

Dorian Rodgers
110 Spring St.
Goldsboro, NC 27530

Doris Chapman
414 Middlesex St
Norfolk, VA 23523-1647

Duke Energy
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Ecolab Inc.
1 Ecolab Place
Saint Paul, MN 55102

Educational Computer Systems, Inc.
1200 Cherrington Pkwy
Suite 200
Coraopolis, PA 15108

Elijah Thomas
904 Country Mans Court
Kernersville, NC 27284

Ellucian Company LP
2003 Edmund Halley Drive
Reston, VA 20191

Emmanuel Bryant
2905 Lee Ct, Apt A
Greenville, NC 27834

Enbridge Gas North Carolina
PO Box 1398
Gastonia, NC 28053

Equitable Financial
P.O. Box 13463
Newark, NJ 07188

Estate of Dr. Christine McPaul
c/o Edwards Beightol
1033 Oberlin Road, Suite 100
Raleigh, NC 27605

Evan Ishmael
13 Bayside Terrace
Jersey City, NJ 07305

Field Turf
175 N. Industrial Blvd. NE
Calhoun, GA 30701

Flinn Scientific Inc.
P.O. Box 95161
Chicago, IL 60694

Floyd County Tax Commissioner
4 Government Plaza
Rome, GA 30161

Franco Enterprise
1631 Midtown Place
Raleigh, NC 27609

Gabrielle Williams
13938 Bishops Bequest Rd
Upper Marlboro, MD 20772-2916

Galls Parent Holdings LLC
P.O. Box 71628
Chicago, IL 60694

Glenda Hudson
715 Sylvia Ct
Riverdale, GA 30296-7212

Glendale Daniels
3466 Hwy 210
Smithfield, NC 27577

GM Financial
Supplier Invoices Operations
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102

Gregory Rigsbee
5633 Kemmont Dr.
Durham, NC 27713

Guilford County Tax Department
Attn: Bankruptcy
400 W. Market St
Greensboro, NC 27401

Health Equity
15 West Scenic Point Drive
Draper, UT 84020

Herff Jones LLC
4501 W. 62nd Street
Indianapolis, IN 46268

Holly Millsaps
3210 Calumet Dr Apt A
Raleigh, NC 27610-1927

Holscher Edwards & Hill PA
Attn: William F. Hill
PO Drawer 1747
Washington, NC 27889

Howard A. Feggins
839 Little Bay Avenue
#C
Norfolk, VA 23503

Hydeia Linton
6313 Derita Woods Ct
Charlotte, NC 28269-5753

Ilana Adlee
1108 Southern Living Dr
Raleigh, NC 27610

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
P.O. Box 932700
Louisville, KY 40293

Isaiah Chapman
1425 Cricket Ridge Drive
Raleigh, NC 27610

Isaiah Holloway
905 Skinner Drive
Raleigh, NC 27610

Isaiah Rozier
112 Best St
Raeford, NC 28376

Isman Alston
925 Lehman St
Henderson, NC 27536-4931

Israel Pennerman
6701 Mallards Cove Road
Jupiter, FL 33458

J'davien Young
113 Woodgreen Dr
Mauldin, SC 29662-2628

J'niyah Love
56 Rotary Way, Apt. B
Vallejo, CA 94591

Jada Swafford
6108 Manor Drive
Alexandria, LA 71302

Jaden Hambric
400 Cedar Ln
Washington, NC 27889-8902

Jaden Liles
4300 Maple Leaf Ln
Wilson, NC 27893-3881

Jae'La Jean-Louis
3606 Cumberland Creek Rd #202
Raleigh, NC 27613

Jaheim Nyam
27 Rue Aristide Briand
Levallois

Jaimon Perry
37 N. Orange Avenue
Suite 500
Orlando, FL 32801

Jakari Washington
307 Rock Creek Dr S
Jacksonville, NC 28540-7016

Jakquelyne Johnson
216 Hailey Stone Ct
Wagener, SC 29164-8402

Jalen Little
310 Kenwood Dr
Jacksonville, NC 28540

Jamal Pope
3308 Cotydon Court
Raleigh, NC 27610-6686

Jamarie Loftin
4021B Lucerne Ct
Winterville, NC 28590-5843

Jamia Smith
2824 Heather Glen Ln
Charlotte, NC 28208-2580

Jamilah Jackson
1003 Cleveland St
Brooklyn, NY 11208-5313

Jamyia Gatlin
925 Dunbrook Dr
Winterville, NC 28590

Jani-King of Raleigh-Durham
801 Jones Franklin Road
Raleigh, NC 27606

Janiya Reed
515 Goodwill St
Minden, LA 71055-3107

Jared Townsend
6366 Kelsey Dr
Charlotte, NC 28215-2303

Jasiel Brown
1905 Stonebridge Blvd
New Castle, DE 19720-6729

Jason Christopher Long
5112 MacArthur Blvd., NW
Unit 4
Washington, DC 20016

Jauron Mackey
5732 Scarecrow Court
Fayetteville, NC 28314

Javen Pender
614 Clark Avenue
Wilson, NC 27893

Jayden Wingard
8103 Owens Way
Brandywine, MD 20613-5710

Jaylen Finney
880 Sharon Way Apt 3B
High Point, NC 27260-7596

Jean Hancock
1408 Goldsboro Ave
Sanford, NC 27330-5415

Jeremiah Reed
1851 Monroe White Store Rd.
Peachland, NC 28133

Jeremiah Ross
6405 Orange St
Castle Hayne, NC 28429-5586

Jessica Nagbe
137 Rivercamp Street
Clayton, NC 27529

Joiga Morton-James
PO Box 473854
Charlotte, NC 28247

Jordan Esteem Photography
4024 Patriot Ridge Court
Raleigh, NC 27610

Jordan Mack-Perry
3826 Country Club Rd Apt F
Winston Salem, NC 27104-2990

Jordan Mintz
104 Black Elk Ln
Blythewood, SC 29016

Jordyn Burton
2414 Lincoln St
Durham, NC 27707

Joscelyne Meyers
185 Pritchard Road
Virginia Beach, VA 23452-6797

Joshua Johnson
4516 Irene Way
Raleigh, NC 27603-8566

Joshua Page
3835 26th St. NE
Washington, DC 20018

Joshua Webb
421 Hill St
Raleigh, NC 27610

Jostens
21336 Network Place
Chicago, IL 60673

Justin Holloway
204 Anne Drive
Kinston, NC 28501

Justin Robinson
421 Kimloch Dr
Garner, NC 27529-2112

Justin Spates
9107 Carrot Patch Dr
Charlotte, NC 28216-7103

Jyhquan Barrett
1001 Castlestone Lane
Knightdale, NC 27545

Kaamali Scott-Bey
1527 Crest Rd
Raleigh, NC 27606

Kaevon Freshwater
111 Ranch Drive
Elizabeth City, NC 27909-7626

Kahari Rogers
1270 E 51st St Apt 6E
Brooklyn, NY 11234-2216

Kai'La James
1320 Poole Rd
Raleigh, NC 27610

Kaliah Cockerham
423 Hill Street
Raleigh, NC 27610

Kameron Jones
1228 Wellington Ave
Wilmington, NC 28401-7676

Kameron Penn
1424 Thomas Combs Drive
Charlotte, NC 28262

Karly Heavens Gerome
348 Westview
Kingston Springs, TN 37082

Kathy Moses
4040 Northstone Drive
Raleigh, NC 27604

Katisha Hines-Mccall
7010 Mine Creek Ln
Raleigh, NC 27615

Kayla Beal
2406 N Patterson Ave
Winston Salem, NC 27105-5220

Kayla Bolden
11004 Treebranch Dr
Charlotte, NC 28216-5621

Keandra Griffin
613 Croatan St
Belhaven, NC 27810-1561

Keith Jackson
216 Whitherspoon Ln
Newark, DE 19713-3810

Ken Stewart
7300 Virgilina Rd
Roxboro, NC 27574-8394

Kendra Dunn
4205 Dunn Drive
Raleigh, NC 27616-3451

Kevanette Woodside
Highland Terrace
Nassau

Kevin Hamilton
116 Edgemont Dr Lot 22
Snow Hill, NC 28580-2020

Kevon Riley
3013 Summerhouse Rd
Cary, NC 27519-0520

Khalia Smith
2536 Charles Taylor Rd
Aulander, NC 27805-9771

Khaliah Walker
125 33rd St NE
Washington, DC 20019-1305

Kila Bradley
3300 Vallejo Trl
Raleigh, NC 27610-4486

Kimberley Brown
4168 Kirkland Boulevard
Orlando, FL 32811

Kiziyah Howard
432 Preston Rd
Mooresville, NC 28117-8615

Lanasjanique Sims
121 Frissell Street
Hampton, VA 23663

Landon Jones
2628 Quarry Ridge Ln
Raleigh, NC 27610-5650

Lanier Law Group
Attn: Ashley Hartman Sappenfield
6518 Airport Center Drive
Greensboro, NC 27409

Lauren Banks
8400 Sweeney Drive
Clinton, MD 20735

Law Office of Patrick W. McKee, LLC
19 Spring Street
Newnan, GA 30263

Leak Locators
9 Eight Js Lane
Clayton, NC 27520

Leon Goldsborough
101 Branch Street
Chester, SC 29706-2007

LightBox Parent LP
6 Armstrong Road
4th Floor
Shelton, CT 06484

Little Diversified Architectural Co
615 South College Street
Suite 1600
Charlotte, NC 28202

Louis Mclean-Lowndes
1910 Flatrock Court
Winston Salem, NC 27107

Lyrika Evans
2520 Follow Me Way
Raleigh, NC 27610

Macy Daniels
7022 Guess Rd
Hillsborough, NC 27278-9173

Maiya Pearson
1408 Quail Ridge Road
Raleigh, NC 27609-4884

Makayla August
5709 Windlestraw Dr
Durham, NC 27713

Marcus Austin
327 Division Ave NE
Washington, DC 20019-5469

Marcus Davis
6501 Paint Rock Lane
Raleigh, NC 27610-6777

Mareyah Washington
2105 Glenhaven Dr
Waxhaw, NC 28173

Markleanie Gibson
45 Montrose Ave
Nassau, Bahamas

Markyell Royster
4309 Coben Dr
Raleigh, NC 27610-6388

Mary Johnson
111 Mashburn Drive
Sanford, NC 27330

Mayson Finley
500 North Benson Court
Cary, NC 27513

McKenzie Estep
13012 Watsonseed Farm Rd
Whitakers, NC 27891

Medicat LLC
303 Perimeter Center North
Atlanta, GA 30346

Monasha Camp
2015 Misty Vale Rd
Charlotte, NC 28214

Monte Williams
1700 Fox Hollow Drive
Unit 101
Raleigh, NC 27610-5941

Monzelle Campbell
69 Georgia Rd
Lake Waccamaw, NC 28450

Mussa Mzein
1805 Boulder Drive
Plano, TX 75023

Mutual of Omaha Ins. Co
3300 Mutual of Omaha Plaza
Omaha, NE 68175

Myron Munroe
Ida Street
Nassau Bahamas

Myssiah Munique
305 Ruby Walk Dr
Morrisville, NC 27560-6739

Naiylah Archer
88 Threadleaf Ter
Burlington, NJ 08016-4355

Naqeria Walker
1641 Cranberry Hill Ln
Winston Salem, NC 27107-5425

Nasharra Ortiz
307 Heck Street
Raleigh, NC 27601

Natayjah Paris
117 Killington Dr
Clayton, NC 27520-2989

Nathaniel Woodside
Highland Terris Windsor Avenue
Nassau

Nazir Imhotep
127 Secretariat Dr
Suffolk, VA 23435-1786

Nelson Mullins
Attn: Chelsea Kay Barnes
380 Knollwood Street, Suite 530
Winston Salem, NC 27103

Nicholas Black
554 Mount Gilead Drive
Fayetteville, NC 28314-2165

Nicholas Castro
245-33 148th Dr
Rosedale, NY 11422

Nicholette Woodside
Highland Terrace
Nassau

Nikolas Sonye
4303 Russling Leaf Ln
Raleigh, NC 27613-1932

Nillah Brooks
3700 Stark Rd
Raleigh, NC 27610

Nissan Motor Acceptance Company
PO Box 660360
Dallas, TX 75266-0360

Noble Law
700 Spring Forest Road
Suite 205
Raleigh, NC 27609

North Carolina Dept of Revenue
Attention: Bankruptcy Unit
Raleigh, NC 27602-1168

Ny'asia Robbins
727 Tabor Lane
Wilmington, NC 28405

Nyasia Barnes
114 B Sans Souci Rd
Windsor, NC 27983

Nyasja Hodges
613 Wynne Fork Rd
Hertford, NC 27944

Nyron Campbell-Adams
8806 Fran Del Dr
Fort Washington, MD 20744-3604

Omnigo Software LLC
P.O. Box 734008
Chicago, IL 60673

People Admin (Powerschool)
P.O. Box 8888408
Los Angeles, CA 90088

Peter Musenge
1010 Wind Grove Way Apt 306
Raleigh, NC 27610

Petronilla Harrison
2905 Ranburne Dr
Raleigh, NC 27610-3676

Piedmont Service Group LLC
1031 Nowell Road
Raleigh, NC 27607

Pierre-Giovanni Medjeber
G6h 4C4, Quebec, Canada
Thetford Mines G6H 4C4

Poyner Spruill LLP
300 Fayetteville Street
Suite 1900
Raleigh, NC 27601

Presence McNeill-Bohannon
1725 Swann St
Fayetteville, NC 28303

Quimari Shelton
PO Box 294
Lakemore, OH 44250-0294

Quinn Christmas
156 Edgar Harris Rd
Henderson, NC 27537-4540

Red Star Oil Co Inc.
802 Purser Drive
Raleigh, NC 27603

Richara Bain
1315 Oakwood Ave
Raleigh, NC 27610

Rionna Moser
6102 Joshua Tree Ct
Charlotte, NC 28227-3563

Ryan Spruill
3958 River Rd
Washington, NC 27889-7528

Rydin
P.O. Box 7223
Carol Stream, IL 60197

Sadie J. Carter
56 Bragg Court
Clayton, NC 27527

Sarina Wilkins
3104 Horse Pen Creek Rd
Greensboro, NC 27410

Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL 60673

Self Help Venture Funds
123 W. Main Street
Durham, NC 27701

Selia Mather
713 Highgate Place
Raleigh, NC 27610

Serenity Buie
6232 Cool Shade Dr
Fayetteville, NC 28303-2102

Shakia Lowery
1327 Beacon Ridge Rd Apt 1419
Charlotte, NC 28210

Shawn Lane
412 Habitat Court
Raleigh, NC 27610

Shellece Clark
2150 Glen Drive
Safety Harbor, FL 34695-2012

Sherquita McLean-Kelly
P.O. Box 2244
Lillington, NC 27546

Shevchenko Michel
54, Rue Chavannes Prolongee
Port-Au-Prince, Haiti

Sidearm Sports LLC
P.O. Box 843038
Kansas City, MO 64184

Simone Kelly
1208 E. Mount Airy Ave
Philadelphia, PA 19150-2806

Smith Debnam Narron Drake Saintsing
Attn: Byron Saintsing
PO Box 176010
Raleigh, NC 27619-6010

Sofia Harper
4046 Old Lexington Rd
Winston Salem, NC 27107-6820

Southern Assoc. of College & School
c/o Belle S. Wheelan, Reg. Agent
1866 Southern Lane
Decatur, GA 30033

Stephon Holland
2410 Rhode Island Ave NE
Washington, DC 20018-2839

Sthepanie Sierra Medina
1315 Oakwood Avenue
Raleigh, NC 27610

Tadiwanashe Rukasha
1315 Oakwood Ave
Raleigh, NC 27610

Tai'quan Lewis
817 Howell Rd
Tarboro, NC 27886-8075

Tajmair Moss
606 Ashford Street
Raleigh, NC 27610

Takarie Turner
2115 Quailridge Dr
Fayetteville, NC 28304-1321

Tamia Powell
15635 Normans Landing Dr.
Charlotte, NC 28273

Tamyra Council
3975 Kings Cross Rd
Lumberton, NC 28360-9018

Taniya Williams
2720 Stanton Rd SE
Washington, DC 20020-7527

Taniyah Greene
10713 Bailey Drive
Cheltenham, MD 20623

Taylor Bennett
2008 Shaw Rd
Fayetteville, NC 28311

Te'Leah Byrd
3400 Melrose Ridge Court
Raleigh, NC 27603

Tereyonna Paul
427 Westcliff Ct
Raleigh, NC 27606

TIAA CREF
P.O. Box 933326
Atlanta, GA 31193

Tiaseer Rambert
531 Georgetown Rd
Jacksonville, NC 28540-4115

Timothy Cannon
12619 Coltart Ct
Charlotte, NC 28262-1603

Tina De Jarnette
423 Hill St
Raleigh, NC 27610

Torrie Gary
18311 Gibraltar Ln
Lehigh Acres, FL 33936-6070

Trovoy Humes
Guanahani Circle
Nassau, Bahamas

Tyler Benson
5416 James River Dr
Florissant, MO 63034-1755

Tyler Jennings
9831 Coriander Ct
Charlotte, NC 28215

U.S. Department of Commerce
1401 Constitution Avenue NW
Washington, DC 20230

U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

United Healthcare Insurance Co
1311 W. President George Bush
Richardson, TX 75080

United Rentals Inc.
P.O. Box 100711
Atlanta, GA 30384

US Department of Education
Lyndon B. Johnson, Dept. of Ed.
400 Maryland Ave SW
Washington, DC 20202

US Department of Interior
1849 C. Street, NW
Washington, DC 20240

US National Science Foundation
401 Dulany Street
Alexandria, VA 22314

Valence Modeste
5820 Pointer Dr Unit 202
Raleigh, NC 27609

Vann Attorneys PLLC
PO Box 2445
Raleigh, NC 27602

Victoria Leigh de la Cruz
7801 Merrick Road
Apt 101
Rome, NY 13440

Wake County Tax Administration
301 S. McDowell Street
Raleigh, NC 27601

WallFleet Student
P.O. Box 15369
Springfield, MA

Westfield Bank FSB
Two Park Circle
Westfield Center, OH 44251

Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320

Yasmine Thompson
4828 William Caldwell Ave
Charlotte, NC 28213

Yumeika Thompson
307 Heck Street
Raleigh, NC 27601

Zachary Long
6012 Stanleyville Dr
Rural Hall, NC 27045-9741

Zaire Bacon
1624 Banks View Dr
Raleigh, NC 27603-8287

Ziquan Smith
227 W Chestnut St
Troy, NC 27371-2913

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Saint Augustine's University** _____   Case No. _____

                                                 Debtor(s)   Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Saint Augustine's University**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 27, 2026** _____

Date

/s/ Ciara L. Rogers _____

**Ciara L. Rogers 42571**

Signature of Attorney or Litigant

Counsel for   **Saint Augustine's University** _____

**Waldrep Wall Babcock & Bailey PLLC**

**3600 Glenwood Avenue**
**Suite 210**
**Raleigh, NC 27612**
**984-480-2005**
**notice@waldrepwall.com**