# SAINT AUGUSTINE'S UNIVERSITY

## RESOLUTION OF THE EXECUTIVE BOARD OF DIRECTORS

### April 21, 2026

### APPROVAL OF COMMENCEMENT OF
### CHAPTER 11 CASE AND RELATED MATTERS

All members of the Executive Board of Directors (the "Executive Board") of St. Augustine's University eligible to act in connection with the matters set forth herein, as listed below, hereby adopt the following resolutions in accordance with the St. Augustine's University Board of Trustee Bylaws revised on October 15, 2023 (the "Bylaws").

**WHEREAS**, the University is a non-profit corporation formed and existing under the laws of the State of North Carolina;

**WHEREAS**, on April 14, 2026, the Board of Directors held a duly called emergency meeting to deliberate regarding the potential for filing a voluntary Chapter 11 bankruptcy case for St. Augustine's University. At the conclusion of that meeting, the Board of Directors unanimously passed a resolution authorizing the Executive Committee to, among other things, "take all necessary actions it deems appropriate … to file a petition … under Chapter 11 of the United States Bankruptcy Code.

**WHEREAS**, on April 16, 2026, the Executive Committee held three (3) duly called emergency meetings. At the conclusion of those meetings, the Executive Committee unanimously authorized St. Augustine's University to hire Waldrep Wall Babcock & Bailey PLLC as its bankruptcy counsel.

**WHEREAS**, in the judgment of the Executive Board it is desirable and in the best interests of St. Augustine's University and its creditors that St. Augustine's University file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of North Carolina, for the purpose of maintaining the value of its assets and reorganizing its debts under the jurisdiction of the Bankruptcy Court;

**RESOLVED**, that St. Augustine's University shall be, and hereby is authorized to proceed immediately with the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina; and, to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

**FURTHER RESOLVED**, that Joseph Lynn, as Secretary of the Board of Directors of St. Augustine's University, is authorized to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of St. Augustine's University, and as a member of the Executive Board is authorized to execute such other documents, including without limitation, affidavits, pleadings, schedules, statement of financial affairs, applications, motions, plans of reorganization, disclosure statements, and amendments or modifications thereto in further of St. Augustine's University's Chapter 11 filing and reorganization effort.

Docusign Envelope ID: 750C1579-745C-4FB1-9A4C-732704A6BD59

**FURTHER RESOLVED**, that the Executive Board was authorized to and did retain Waldrep Wall Babcock & Bailey PLLC as St. Augustine's University's bankruptcy counsel in connection with the Chapter 11 filing and reorganization effort authorized herein; and, the parties through their authorized representatives executed an Engagement Letter which sets forth the basis of Waldrep Wall Babcock & Bailey PLLC's employment and is fully adopted and incorporated by reference;

The foregoing resolutions may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

This action is effective as of the 21st day of April, 2026.

**SOPHIE L. GIBSON, CHAIR**

**V. LYNETTE MITCHELL, VICE-CHAIR**

**JOSEPH LYNN, SECRETARY**

**CHARLES ELLIOTT**

**TERRY MAZANY**

**BISHOP DIOCESAN SAMUEL RODMAN**

**COL. DR. MATTHEW WEBB**



## ACTION OF THE BOARD OF DIRECTORS
## SAINT AUGUSTINE'S UNIVERSITY

**WHEREAS**, on Tuesday, April 14, 2026, the Board of Directors of Saint Augustine's University (the "Board of Directors") held a duly called emergency meeting to deliberate regarding the potential filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code, and the corresponding hiring of third-party professionals to effectuate the same (the "Board Meeting");

**WHEREAS**, at the Board Meeting, the Board of Directors unanimously passed a resolution authorizing the Executive Committee to do the following:

> *"...take all necessary actions it deems appropriate (including but not limited to the hiring of bankruptcy counsel and a strategic communications consultant) to file a petition of reorganization under Chapter 11 of the United States Bankruptcy Code. All actions taken by the Executive Committee pursuant to this authorization resolution shall be reported to the Board of Directors at its next regular meeting and entered into the minutes."*

**WHEREAS**, on Thursday, April 16, 2026, the Executive Committee held three (3) duly called emergency meetings to interview and select bankruptcy counsel and a strategic communication consultant (the "Executive Committee Meeting"); and

**WHEREAS**, at the Executive Committee Meeting, the Executive Committee unanimously authorized the hiring by Saint Augustine's University of Waldrep Wall Babcock & Bailey PLLC as bankruptcy counsel, and Smith & Company as the strategic communications consultant, both in connection with the university's filing of Chapter 11 bankruptcy.

**RECORDING OFFICER'S CERTIFICATION**

I, Joseph Lynn, the duly appointed Secretary of Saint Augustine's University, do hereby certify that that the above corporate actions described above were properly adopted, as applicable, at the Board of Directors meeting held on April 14, 2026, and the Executive Committee meeting held on April 16, 2026.

BY: _____
Joseph Lynn, Secretary