**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

In re:                                                          Chapter 11
**SAINT AUGUSTINE'S UNIVERSITY**                Case No.: 26-01864-5-DMW
    **Debtor**

## MOTION TO ALLOW LIMITED NOTICE

NOW COMES Saint Augustine's University (the "Debtor"), by and through its undersigned counsel pursuant to 11 U.S.C. § 105(a) and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and files this Motion to Allow Limited Notice (the "Motion"). The Motion seeks entry of an order, substantially in the form of the proposed order attached hereto as Exhibit A, limiting notice in this case. In support of this Motion, the Debtor shows the Court the following:

1.     The Court has jurisdiction over the subject matter hereof pursuant to 28 U.S.C. §§ 151, 157, and 1334 and the Standing Order of Reference of the United States Bankruptcy Court for the Eastern District of North Carolina, and this is a core proceeding within 28 U.S.C. § 157 (b)(2)(A).

2.     On April 27, 2026 (the "Petition Date"), the Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code. The Debtor continues in possession of its assets, operates its business, and manages its affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.     The Debtor is a private, nonprofit historically Black university located in Raleigh, North Carolina with a mission of providing access to higher education for first-generation college students and underserved communities.

4.     The Debtor has over 300 creditors or notice parties listed on its creditor matrix.

5.     Due to the number of creditors and parties in interest in this case, copying, postage, and other expenses associated with mailing notices as required by the Bankruptcy Code and Bankruptcy Rules would be impractical and would impose a large administrative and economic burden on the Debtor's bankruptcy estate. Therefore, the Debtor seeks to limit notice to creditors by only serving them with this pleading, the Chapter 11 Plan of Reorganization and any amendments thereto, and the Order Confirming Plan. The Debtor proposes that all other matters

be served (when service is required) on the Bankruptcy Administrator, any creditor or party in interest who has filed a Notice of Appearance, and any other party directly affected by the motion or pleading in question.

6. The establishment of the limited notice procedure set forth herein is in the best interest of the Debtor's estate, as it will save time and expenses associated with giving notice of all matters to each creditor and other parties in interest, while preserving the right to receive notice for any party who wishes to receive notices and will not otherwise prejudice the right of any creditor or party in interest.

WHEREFORE, the Debtor respectfully requests that the Court:

1. Enter an order limiting the parties to whom notice is given as set forth herein; and

2. Grant such other and further relief as the Court deems just and proper.

This the 28th day of April, 2026.

**WALDREP WALL BABCOCK &
BAILEY PLLC**

*s/ Ciara L. Rogers*
Ciara L. Rogers (NC State Bar No. 42571)
Kevin L. Sink (NC State Bar No. 21041)
Jennifer B. Lyday (NC State Bar No. 39871)
3600 Glenwood, Suite 210
Raleigh, NC 27612
Telephone: 919-589-7985
Email: crogers@waldrepwall.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SAINT AUGUSTINE'S UNIVERSITY** | **Case No.: 26-01864-5-DMW** |
| **Debtor** | |

### NOTICE OF DEBTOR'S MOTION TO ESTABLISH LIMITED NOTICE

NOTICE IS HEREBY GIVEN that the Debtor has filed a **MOTION TO ESTABLISH LIMITED NOTICE** (the "Motion").

FURTHER NOTICE IS HEREBY GIVEN that the Motion may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **fourteen (14) days** of the date of this notice; and

FURTHER NOTICE IS HEREBY GIVEN that, if a response and request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date to be determined by the United States Bankruptcy Court. Any party requesting a hearing shall appear at said hearing in support of such request or they may be assessed Court costs. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto *ex parte* without further notice.

Dated: April 28, 2026

> **WALDREP WALL BABCOCK &**
> **BAILEY PLLC**
>
> *s/ Ciara L. Rogers*
> Ciara L. Rogers (NC State Bar No. 42571)
> Kevin L. Sink (NC State Bar No. 21041)
> Jennifer B. Lyday (NC State Bar No. 39871)
> 3600 Glenwood, Suite 210
> Raleigh, NC 27612
> Telephone: 919-589-7985
> Email: crogers@waldrepwall.com
> *Counsel for the Debtor*

<u>**EXHIBIT A**</u>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

In re:                                                                    Chapter 11
**SAINT AUGUSTINE'S UNIVERSITY**                        **Case No.: 26-01864-5-DMW**
     **Debtor**

<u>**ORDER LIMITING NOTICE**</u>

     **THIS MATTER** is before the Court on the Debtor's Motion to Allow Limited Notice (the "<u>Motion</u>") filed by Saint Augustine's University (the "<u>Debtor</u>"); and

     Having considered the Motion, the Court finds that limiting notice will reduce the Debtor's expenses, including those associated with copying and postage. Furthermore, all creditors and parties in interest will be notified of the limitation of notice as set forth herein. Any creditor or party in interest who requests notice will be entitled to notice notwithstanding the limitations set forth herein.

     It is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

     1.     Creditors and parties in interest shall only be served with the Motion, the Debtor's Chapter 11 Plan of Reorganization and any amendments thereto, and the Order Confirming Plan. All other pleadings will be served (when service is required) on the Bankruptcy Administrator, any party who has filed a Notice of Appearance, and any party who is directly affected by the pleading in question.

     2.     Any creditor or party in interest who makes an appearance through counsel shall be entitled to receive notice notwithstanding the limitations set forth herein via service through the Case Management/Electronic Case Filing System.

**END OF DOCUMENT**